IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JUSTIN GARDNER, | ) | |
|---|---|---|
| Petitioner, | ) | 8:18CV557 |
| v. | ) | |
| STATE OF NEBRASKA, | ) | ORDER |
| Respondent. | ) | |

This matter is before the court on Petitioner's Motion for Leave to Appeal in Forma Pauperis. (Filing No. 11.) Petitioner filed a Notice of Appeal (filing no. 10) on January 11, 2019. Petitioner appeals from the court's Memorandum and Order and Judgment dated January 4, 2019. (Filing Nos. 8 & 9.) Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis, the court finds Petitioner is entitled to proceed in forma pauperis on appeal.

IT IS ORDERED that: Petitioner's Motion for Leave to Appeal in Forma Pauperis (filing no. 11) is granted.

DATED this 14th day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge